LYNCH *v*. BRUCE.

THE circuit court has no power to grant an order, in an action of replevin, under R. S. 1838, p. 523, ch. 5,* requiring the plaintiff to file a new replevin bond.

* Repealed. Under R. S. 1846, ch. 124, § 19, the court may allow a new bond to be filed in certain cases.